Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−18737−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  George C. Valente
  aka George Valente, dba Jersey Shore
  Publications
  749 Bay Ave
  Brick, NJ 08724−4809

Social Security No.:
  xxx−xx−5604

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        1/11/23
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 13, 2022
JAN: mjb

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:   
George C. Valente   
    Debtor

Case No. 22-18737-MBK   
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Dec 13, 2022     Form ID: 132     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | George C. Valente, 749 Bay Ave, Brick, NJ 08724-4809 |
| cr | + | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Hwy., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519753172 | | Bank Of America, PO Box 17237, Wilmington, DE 19850-7237 |
| 519753173 | | Borrowersfir, 1114 Lost Creek Blvd, Austin, TX 78746-6300 |
| 519753180 | + | Euler Hermes Collection North America, 800 Red Brook Blvd Ste 400C, Owings Mills, MD 21117-5190 |
| 519789102 | | Jane Valente, 749 Bay Ave, Brick, NJ 08724-4809 |
| 519789103 | | Jersey Shore Publications, PO Box 176, Bay Head, NJ 08742-0176 |
| 519753182 | | Kabbage Loan, c/o Lincoln & MOrgan, 600 W Broadway Ste 700, San Diego, CA 92101-3370 |
| 519753183 | | Key Bank, 9869 Bustleton Ave, Philadelphia, PA 19115-2611 |
| 519753184 | | Lincoln & Morgan, 600 W Broadway Ste 700, San Diego, CA 92101-3370 |
| 519753189 | | Saldutti Law Group, 1040 Kings Hwy N Ste 100, Cherry Hill, NJ 08034-1925 |
| 519753191 | | TD Bank, NA, 510 High St, Mount Holly, NJ 08060-1052 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 13 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 13 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519756564 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2022 20:40:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519753177 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Dec 13 2022 20:40:00 | Credit Corp Solutions, Inc., 121 W Election Rd Ste 200, Draper, UT 84020-7766 |
| 519753178 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Dec 13 2022 20:40:00 | Credit Corp Solutions, Inc., 63 E 11400 S # 408, Sandy, UT 84070-6705 |
| 519753174 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2022 20:50:17 | Capital One, Attn: Bnakruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519753175 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2022 20:50:17 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519753179 | + | Email/Text: mrdiscen@discover.com | Dec 13 2022 20:40:00 | Discover Bank, PO Box 3025 Attn: Bankruptcy Dept., New Albany, OH 43054-3025 |
| 519753176 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2022 20:50:25 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519753181 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2022 20:50:16 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519753185 | ^ | MEBN | Dec 13 2022 20:38:45 | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |

Case 22-18737-MBK    Doc 16    Filed 12/15/22    Entered 12/16/22 00:13:14    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: 132 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 519753186 | ^ | MEBN | Dec 13 2022 20:38:46 | Prosper Marketplace In, 221 Main St, San Francisco, CA 94105-1906 |
| 519772174 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2022 20:41:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519753187 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 13 2022 20:41:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519753188 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 13 2022 20:41:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519786262 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 13 2022 20:41:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519780628 | | Email/Text: bankruptcy@td.com | Dec 13 2022 20:41:00 | TD Bank, N.A., Attn: Nicholas H. Penfield, Mail Stop ME2-076-031, One Portland Square, Portland, ME 04101 |
| 519753190 | | Email/Text: bankruptcy@td.com | Dec 13 2022 20:41:00 | Td Bank N.A., PO Box 219, Lewiston, ME 04243-0219 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor George C. Valente bkclient@straffilaw.com G25938@notify.cincompass.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael Hagner | on behalf of Creditor TD Bank N.A. mhagner@slgcollect.com, anovoa@slgcollect.com |
| Rebecca K. McDowell | on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Dec 13, 2022 Form ID: 132 Total Noticed: 30
TOTAL: 6