| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 22-18737 / MBK

George C. Valente

Petition Filed Date: 11/03/2022
341 Hearing Date: 12/01/2022
Confirmation Date:

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/30/2022 | $500.00 | 89071130 | 01/04/2023 | $500.00 | 89156180 | 02/06/2023 | $500.00 | 89801450 |
| 03/02/2023 | $500.00 | 90290870 | | | | | | |

**Total Receipts for the Period:  $2,000.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $2,000.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | George C. Valente | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq. | Attorney Fees | $4,470.00 | $0.00 | $4,470.00 |
| | | No Disbursements: No Check | | | |
| 1 | BANK OF AMERICA, N.A. | Unsecured Creditors | $22,886.30 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $13,802.45 | $0.00 | $0.00 |
| | »» CROSS RIVER BANK | | | | |
| 3 | TD BANK, NA | Unsecured Creditors | $133,251.95 | $0.00 | $0.00 |
| 4 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC | Mortgage Arrears | $7,949.11 | $0.00 | $0.00 |
| | »» P/749 BAY AVE/1ST MTG | | | | |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,328.93 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC | Unsecured Creditors | $5,214.22 | $0.00 | $0.00 |
| | »» RESURGENT ACQUISITIONS LLC | | | | |
| 7 | LVNV FUNDING LLC | Unsecured Creditors | $2,222.04 | $0.00 | $0.00 |
| | »» RESURGENT ACQUISITIONS | | | | |
| 8 | PROSPER MARKETPLACE INC. | Unsecured Creditors | $8,677.16 | $0.00 | $0.00 |
| 9 | TD Bank, NA | Mortgage Arrears | $3,828.20 | $0.00 | $0.00 |
| | »» P/749 BAY AVE/2ND MTG | | | | |

**Chapter 13 Case No. 22-18737 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,000.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $144.00 | Arrearages: | $0.00 |
| Funds on Hand: | $1,856.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**

