Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−18737−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   George C. Valente
   aka George Valente, dba Jersey Shore
   Publications
   749 Bay Ave
   Brick, NJ 08724−4809

Social Security No.:
   xxx−xx−5604

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 28, 2023.

Dated: March 29, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
George C. Valente  
    Debtor

Case No. 22-18737-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 29, 2023      Form ID: plncf13      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | George C. Valente, 749 Bay Ave, Brick, NJ 08724-4809 |
| 519753172 | | Bank Of America, PO Box 17237, Wilmington, DE 19850-7237 |
| 519753173 | | Borrowersfir, 1114 Lost Creek Blvd, Austin, TX 78746-6300 |
| 519753180 | + | Euler Hermes Collection North America, 800 Red Brook Blvd Ste 400C, Owings Mills, MD 21117-5190 |
| 519789102 | | Jane Valente, 749 Bay Ave, Brick, NJ 08724-4809 |
| 519789103 | | Jersey Shore Publications, PO Box 176, Bay Head, NJ 08742-0176 |
| 519753182 | | Kabbage Loan, c/o Lincoln & MOrgan, 600 W Broadway Ste 700, San Diego, CA 92101-3370 |
| 519753183 | | Key Bank, 9869 Bustleton Ave, Philadelphia, PA 19115-2611 |
| 519753184 | | Lincoln & Morgan, 600 W Broadway Ste 700, San Diego, CA 92101-3370 |
| 519753191 | | TD Bank, NA, 510 High St, Mount Holly, NJ 08060-1052 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 29 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 29 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Mar 29 2023 20:35:00 | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Hwy., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519756564 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 29 2023 20:34:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519753177 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 29 2023 20:34:00 | Credit Corp Solutions, Inc., 121 W Election Rd Ste 200, Draper, UT 84020-7766 |
| 519753178 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 29 2023 20:34:00 | Credit Corp Solutions, Inc., 63 E 11400 S # 408, Sandy, UT 84070-6705 |
| 519753174 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 20:43:19 | Capital One, Attn: Bnakruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519753175 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 20:43:30 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519790668 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 29 2023 20:43:13 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519753179 | + | Email/Text: mrdiscen@discover.com | Mar 29 2023 20:34:00 | Discover Bank, PO Box 3025 Attn: Bankruptcy Dept., New Albany, OH 43054-3025 |
| 519753176 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2023 20:43:10 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519753181 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Mar 29, 2023 | Form ID: plncf13 | Total Noticed: 34

| | | | | |
|---|---|---|---|---|
| | | | Mar 29 2023 20:43:10 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519794708 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 20:43:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519753185 | ^ | MEBN | Mar 29 2023 20:33:30 | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 519753186 | ^ | MEBN | Mar 29 2023 20:33:32 | Prosper Marketplace In, 221 Main St, San Francisco, CA 94105-1906 |
| 519809626 | + | Email/Text: bncmail@w-legal.com | Mar 29 2023 20:35:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 519772174 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 20:35:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519753187 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 29 2023 20:35:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519753188 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 29 2023 20:35:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519786262 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 29 2023 20:35:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519753189 | | Email/Text: rmcdowell@slgcollect.com | Mar 29 2023 20:35:00 | Saldutti Law Group, 1040 Kings Hwy N Ste 100, Cherry Hill, NJ 08034-1925 |
| 519780628 | | Email/Text: bankruptcy@td.com | Mar 29 2023 20:35:00 | TD Bank, N.A., Attn: Nicholas H. Penfield, Mail Stop ME2-076-031, One Portland Square, Portland, ME 04101 |
| 519811019 | | Email/Text: bankruptcy@td.com | Mar 29 2023 20:35:00 | TD Bank, NA, 70 Gray Road, Falmouth, ME 04105 |
| 519753190 | | Email/Text: bankruptcy@td.com | Mar 29 2023 20:35:00 | Td Bank N.A., PO Box 219, Lewiston, ME 04243-0219 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Mar 29, 2023 | Form ID: plncf13 | Total Noticed: 34

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel E. Straffi | on behalf of Debtor George C. Valente bkclient@straffilaw.com G25938@notify.cincompass.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael Hagner | on behalf of Creditor TD Bank N.A. mhagner@slgcollect.com, anovoa@slgcollect.com |
| Rebecca K. McDowell | on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7