| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-18737 / MBK**

George C. Valente

Petition Filed Date: 11/03/2022
341 Hearing Date: 12/01/2022
Confirmation Date: 03/22/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $500.00 | 89156180 | 02/06/2023 | $500.00 | 89801450 | 03/02/2023 | $500.00 | 90290870 |
| 04/03/2023 | $815.00 | 90894100 | 05/08/2023 | $815.00 | 91553690 | 06/09/2023 | $815.00 | 92133710 |
| 07/07/2023 | $815.00 | 92627670 | 08/14/2023 | $815.00 | 93195660 | 09/11/2023 | $815.00 | 93733220 |
| 10/12/2023 | $815.00 | 94282040 | 11/22/2023 | $815.00 | 94950330 | 12/22/2023 | $815.00 | 95444290 |

**Total Receipts for the Period:  $8,835.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,335.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | George C. Valente | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,470.00 | $4,470.00 | $0.00 |
| 1 | BANK OF AMERICA, N.A. | Unsecured Creditors | $8,101.30 | $0.00 | $8,101.30 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  CROSS RIVER BANK | Unsecured Creditors | $13,802.45 | $0.00 | $13,802.45 |
| 3 | TD BANK, NA<br>»»  BUSINESS DEBT | Unsecured Creditors | $133,251.95 | $0.00 | $133,251.95 |
| 4 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»»  P/749 BAY AVE/1ST MTG/ORDER 4/5/23 | Mortgage Arrears | $7,949.11 | $1,944.28 | $6,004.83 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,328.93 | $0.00 | $5,328.93 |
| 6 | LVNV FUNDING LLC<br>»»  QUICKSILVER/CAPITAL ONE | Unsecured Creditors | $5,214.22 | $0.00 | $5,214.22 |
| 7 | LVNV FUNDING LLC<br>»»  CAPITAL ONE/PLATINUM | Unsecured Creditors | $2,222.04 | $0.00 | $2,222.04 |
| 8 | LVNV FUNDING LLC<br>»»  WEBBANK/PROSPER | Unsecured Creditors | $8,677.16 | $0.00 | $8,677.16 |
| 9 | TD Bank, NA<br>»»  P/749 BAY AVE/2ND MTG | Mortgage Arrears | $3,828.20 | $936.34 | $2,891.86 |
| 10 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»»  749 BAY AVENUE/ATTY FEES 8/6/23 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

**Chapter 13 Case No. 22-18737 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,335.00 | Plan Balance: | $38,088.00 ** |
| Paid to Claims: | $7,888.62 | Current Monthly Payment: | $815.00 |
| Paid to Trustee: | $699.03 | Arrearages: | $815.00 |
| Funds on Hand: | $747.35 | Total Plan Base: | $47,423.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.