UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage

In Re:

George Valente & Jane Valente,

Debtors.

Case No.: __22-18737-MBK__

Chapter: __13__

Hearing Date: __08/14/2024__

Judge: __Kaplan__

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 47)

_____

Date: 08/08/2024                          /s/ Denise Carlon
                                          Signature

*rev.8/1/15*