| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-18737 / MBK**

George C. Valente

Petition Filed Date: 11/03/2022
341 Hearing Date: 12/01/2022
Confirmation Date: 03/22/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2024 | $815.00 | 96092590 | 02/08/2024 | $815.00 | 96243650 | 03/26/2024 | $815.00 | 97013820 |
| 05/03/2024 | $815.00 | 97666820 | 06/26/2024 | $815.00 | 98512120 | 06/28/2024 | $872.00 | 98536120 |
| 08/01/2024 | $872.00 | 99089490 | 09/06/2024 | $872.00 | 99653020 | 10/09/2024 | $872.00 | 10018020 |
| 11/01/2024 | $872.00 | 10050062 | 12/27/2024 | $872.00 | 10134731 | | | |

**Total Receipts for the Period: $9,307.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,642.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | George C. Valente | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,470.00 | $4,470.00 | $0.00 |
| 1 | BANK OF AMERICA, N.A. | Unsecured Creditors | $8,101.30 | $0.00 | $8,101.30 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CROSS RIVER BANK | Unsecured Creditors | $13,802.45 | $0.00 | $13,802.45 |
| 3 | TD BANK, NA<br>»» BUSINESS DEBT | Unsecured Creditors | $133,251.95 | $0.00 | $133,251.95 |
| 4 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/749 BAY AVE/1ST MTG/ORDER 4/5/23 | Mortgage Arrears | $7,949.11 | $7,100.97 | $848.14 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,328.93 | $0.00 | $5,328.93 |
| 6 | LVNV FUNDING LLC<br>»» QUICKSILVER/CAPITAL ONE | Unsecured Creditors | $5,214.22 | $0.00 | $5,214.22 |
| 7 | LVNV FUNDING LLC<br>»» CAPITAL ONE/PLATINUM | Unsecured Creditors | $2,222.04 | $0.00 | $2,222.04 |
| 8 | LVNV FUNDING LLC<br>»» WEBBANK/PROSPER | Unsecured Creditors | $8,677.16 | $0.00 | $8,677.16 |
| 9 | TD Bank, NA<br>»» P/749 BAY AVE/2ND MTG | Mortgage Arrears | $3,828.20 | $3,419.75 | $408.45 |
| 10 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» 749 BAY AVENUE/ATTY FEES 8/6/23 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»» ORDER 6/18/24 | Attorney Fees | $800.00 | $800.00 | $0.00 |
| 11 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» 749 BAY AVE/ATTY FEES 8/29/24 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |

Chapter 13 Case No. 22-18737 / MBK

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,642.00 | Plan Balance: | $29,892.00 ** |
| Paid to Claims: | $16,528.72 | Current Monthly Payment: | $872.00 |
| Paid to Trustee: | $1,315.40 | Arrearages: | $1,687.00 |
| Funds on Hand: | $797.88 | Total Plan Base: | $48,534.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.