UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DUANE MORRIS, LLP
By: Edward J. McKee Atty. ID: 085262013
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1159
Attorneys for Creditor: TD Bank, N.A.

**Order Filed on June 4, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

George C. Valente

| | |
|---|---|
| Case No.: | 22-18737-MBK |
| Judge: | Michael B. Kaplan |
| Hearing Date(s): | June 4, 2025 |
| Chapter: | 13 |

Recommended Local Form    ☒ Followed    ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

**DATED: June 4, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | TD Bank, N.A. |
| Applicant's Counsel: | Edward J. McKee, Esquire |
| Debtor's Counsel: | Daniel E. Straffi |
| Property Involved ("Collateral"): | 749 Bay Avenue, Brick NJ 08724 |

Relief sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is overdue for __7__ months, from __11/6/2024__ to __05/06/2025__.

   ☐ The Debtor is overdue for _____ payments at $_____ per month.

   ☐ The Debtor is assessed for _____ late charges at $_____ per month.

   ☐ Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

   Total Arrearages Due  $_____19,952.91_____.

2. Debtor must cure all post-petition arrearages, as follows:

   ☐ Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____.

   ☒ Beginning on __06/05/2025__, regular monthly mortgage payments shall continue to be made in the amount of $__Variable__.

   ☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

2

☒ The amount of $ __19,952.91__ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $ _____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment: _____

_____

_____

☒ Regular monthly payment: TD Bank, N.A.

Payment Processing, PO Box 16029

Lewiston, ME 04243

☒ Monthly cure payment: TD Bank, N.A.

Payment Processing, PO Box 16029

Lewiston, ME 04243

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.     Award of Attorneys' Fees:

      ☒   The Applicant is awarded attorneys fees of $____500____, and costs of $____188____.

          The fees and costs are payable:

          ☒   through the Chapter 13 plan.

          ☐   to the Secured Creditor within _____ days.

      ☐   Attorneys' fees are not awarded.

*rev.1/12/22*

4

United States Bankruptcy Court
District of New Jersey

In re:  
George C. Valente  
    Debtor

Case No. 22-18737-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jun 04, 2025      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | George C. Valente, 749 Bay Ave, Brick, NJ 08724-4809 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor George C. Valente bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Joseph McKee | on behalf of Creditor TD Bank N.A. emckee@duanemorris.com, jalowe@duanemorris.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. tue67813@temple.edu |
| Rebecca K. McDowell | on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Jun 04, 2025 Form ID: pdf903 Total Noticed: 1
TOTAL: 7