UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DUANE MORRIS, LLP
By: Brett L. Messinger Atty. ID: 035631991
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1586
Attorneys for Creditor: TD Bank, N.A.

In Re:

George C. Valente

Case No.: 22-18737

Chapter 13

Judge: Hon. Michael B. Kaplan

## NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE pursuant to LBR 9010-2, the undersigned notifies the Court that Brett L. Messinger, will be substituted as attorney of record for TD Bank, N.A., a Creditor in this case. PLEASE TAKE FURTHER NOTICE that TD Bank, N.A. requests that copies of all pleadings, petitions, motions, answers, objections, memoranda, briefs, notices, reports, requests, orders and all other documents filed and/or delivered in and/or in connection with the Case be sent to the following counsel for TD Bank, N.A.:

> Brett L. Messinger, Esq.
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103
> Phone:  215-979-1508
> Fax:  302-657-4901
> Email: BMessinger@duanemorris.com

Respectfully submitted

/s/ *Edward J. McKee*
Edward J. McKee
Withdrawing Attorney

/s/ *Brett L. Messinger*
Brett L. Messinger
Substituted Attorney

Dated: January 23, 2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DUANE MORRIS, LLP
By: Brett L. Messinger Atty. ID: 035631991
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1586
Attorneys for Creditor: TD Bank, N.A.

In Re:

George C. Valente

Case No.: 22-18737

Chapter 13

Judge: Hon. Michael B. Kaplan

## CERTIFICATION OF SERVICE

1.    I, Brett L. Messinger:

⊠  represent TD Bank, N.A. in this matter.

☐  am the secretary/paralegal for Brett L. Messinger, who represents TD Bank, N.A. in this matter.

☐  am the _____ in this case and am representing myself.

2.    On January 23, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Substitution and Withdrawal of Counsel

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date: <u>January 23, 2026</u>                    <u>/s/ Brett L. Messinger</u>
                                   Brett L. Messinger

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| George C. Valente<br>749 Bay Ave<br>Brick, NJ 08724-4809 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other (    ) |
| Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |