Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 22-18737 / MBK**

George C. Valente

Petition Filed Date: 11/03/2022
341 Hearing Date: 12/01/2022
Confirmation Date: 03/22/2023

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2025 | $872.00 | 10181136 | 03/04/2025 | $872.00 | I1V5GD3269-P | 03/06/2025 | $872.00 | I1VVGPXQGQ |
| 03/07/2025 | $872.00 | I1V3GPST9Z-F | 07/10/2025 | $872.00 | I1DXLHMZGZ- | 07/11/2025 | $872.00 | I1D9LH861T-P |
| 07/22/2025 | $872.00 | I1DLLTNPJ0-P | 07/23/2025 | $872.00 | I1DFLTTX7L-PI | 09/03/2025 | $872.00 | I1P4FG8DLV-F |
| 09/10/2025 | $739.00 | I1NXFF4WGW | 09/25/2025 | $872.00 | I1NCFQD2SX-I | 02/03/2026 | $872.00 | I8MVB50MQH- |
| 02/10/2026 | $1,877.00 | I8MPBVTP7R-I | | | | | | |

**Total Receipts for the Period: $12,208.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $30,850.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | George C. Valente | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,470.00 | $4,470.00 | $0.00 |
| 1 | BANK OF AMERICA, N.A. | Unsecured Creditors | $8,101.30 | $125.37 | $7,975.93 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CROSS RIVER BANK | Unsecured Creditors | $13,802.45 | $213.59 | $13,588.86 |
| 3 | TD BANK, NA<br>»» BUSINESS DEBT | Unsecured Creditors | $133,251.95 | $2,062.04 | $131,189.91 |
| 4 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/749 BAY AVE/1ST MTG/ORDER 4/5/23 | Mortgage Arrears | $7,949.11 | $7,949.11 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,328.93 | $82.46 | $5,246.47 |
| 6 | LVNV FUNDING LLC<br>»» QUICKSILVER/CAPITAL ONE | Unsecured Creditors | $5,214.22 | $80.68 | $5,133.54 |
| 7 | LVNV FUNDING LLC<br>»» CAPITAL ONE/PLATINUM | Unsecured Creditors | $2,222.04 | $34.39 | $2,187.65 |
| 8 | LVNV FUNDING LLC<br>»» WEBBANK/PROSPER | Unsecured Creditors | $8,677.16 | $134.28 | $8,542.88 |
| 9 | TD Bank, NA<br>»» P/749 BAY AVE/2ND MTG | Mortgage Arrears | $3,828.20 | $3,828.20 | $0.00 |
| 10 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» 749 BAY AVENUE/ATTY FEES 8/6/23 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»» ORDER 6/18/24 | Attorney Fees | $800.00 | $800.00 | $0.00 |

**Chapter 13 Case No. 22-18737 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 11 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» 749 BAY AVE/ATTY FEES 8/29/24 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 12 | TD Bank, NA<br>»» 749 BAY AVENUE/PP ARREARS 6/4/25 | Mortgage Arrears | $19,952.91 | $4,775.46 | $15,177.45 |
| 13 | TD Bank, NA<br>»» 749 BAY AVENUE/ATTY FEES 6/4/25 | Mortgage Arrears | $688.00 | $688.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,850.00 | Plan Balance: | $40,618.00 ** |
| Paid to Claims: | $25,981.58 | Current Monthly Payment: | $872.00 |
| Paid to Trustee: | $2,322.85 | Arrearages: | $815.00 |
| Funds on Hand: | $2,545.57 | Total Plan Base: | $71,468.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**