UNITED STATES BANKRUPTCY COURT

District of New Jersey

Albert Russo

Standing Chapter 13 Trustee

PO Box 4853

Trenton, NJ   08650

(609) 587-6888

**Order Filed on March 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

George C. Valente

Case No.: 22-18737 / MBK

Hearing Date: 2/11/2026

Judge: Michael B. Kaplan

Chapter:  13

                              Debtor(s)

**ORDER REGARDING CHAPTER 13 STANDING
TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT**

The relief set forth on the following page is **ORDERED**.

**DATED: March 30, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $31,722.00 paid to date

- The debtor(s) shall remit $1,988.00 per month to the Trustee for 20 months beginning 4/1/2026.

- If the debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the debtor(s) and the debtor's attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 22-18737-MBK

George C. Valente                                                        Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 30, 2026 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | George C. Valente, 749 Bay Ave, Brick, NJ 08724-4809 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026                                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brett L. Messinger | on behalf of Creditor TD Bank  N.A. BLmessinger@duanemorris.com, cmariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com |
| Daniel E. Straffi | on behalf of Debtor George C. Valente bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. tue67813@temple.edu |
| Rebecca K. McDowell | on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |

District/off: 0312-3                                    User: admin                                            Page 2 of 2
Date Rcvd: Mar 30, 2026                                 Form ID: pdf903                                       Total Noticed: 1

U.S. Trustee

              USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8