Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−18737−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
George C. Valente
aka George Valente, dba Jersey Shore
Publications
749 Bay Ave
Brick, NJ 08724−4809

Social Security No.:
xxx−xx−5604

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/21/26 at 09:00 AM

to consider and act upon the following:

***71*** − Creditor's Certification of Default (related document:52 Order (Generic)) filed by Matthew K. Fissel on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.. Objection deadline is 09/29/2026. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Fissel, Matthew)

Dated: 9/30/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court